# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0931

_____

LAWRENCE BAKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 11, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lawrence Baker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.